```
              IN THE UNITED STATE BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    In    Sherron McAfee              )   Chapter 13
    Re:         Debtor                )
                                      )   No. 19-14886-JKF
                                      )
```

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor(s)

Date:12/4/19