United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-14886-jkf
Sherron McAfee                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: TashaD            Page 1 of 2              Date Rcvd: Jan 29, 2020
                            Form ID: pdf900         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
db              +Sherron McAfee,   3026 McKinley Street,   Philadelphia, PA 19149-3110
14410783        +PENNSYLVANIA HOUSING FINANCE AGENCY,   C/O KML Law Group,   701 Market Street Suite 5000,
                  Philadelphia, PA. 19106-1541
14367902        +Philadelphia FCU,   Attn: Bankruptcy,   12800 Townsend Rd,   Philadelphia, PA 19154-1095

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:41     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 30 2020 03:27:23
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 30 2020 03:27:30      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 30 2020 03:27:11
                  Americredit Financial Services, Inc. Dba GM Financ,   P.O Box 183853,
                  Arlington, TX 76096-3853
cr              +E-mail/Text: blegal@phfa.org Jan 30 2020 03:27:25     Pennsylvania Housing Finance Agency,
                  211 N. Front Street,   Harrisburg, PA  17101,   U.S.A. 17101-1406
14379290         E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 30 2020 03:27:11
                  Americredit Financial Services, Inc.,   Dba GM Financial,   P.O Box 183853,
                  Arlington, TX 76096
14367899        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 30 2020 03:27:11
                  AmeriCredit/GM Financial,   Attn: Bankruptcy,   Po Box 183853,   Arlington, TX 76096-3853
14367900        +E-mail/Text: bankruptcy@consumerportfolio.com Jan 30 2020 03:27:28      Consumer Portfolio Svc,
                  Attn: Bankruptcy,   Po Box 57071,   Irvine, CA 92619-7071
14458544         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 30 2020 03:27:29      JEFFERSON CAPITAL SYSTEMS LLC,
                  PO Box 7999,   St Cloud MN 56302
14382210        +E-mail/Text: bankruptcygroup@peco-energy.com Jan 30 2020 03:27:12      PECO,
                  2301 Market Street,   Philadelphia, PA 19103-1380
14367901         E-mail/Text: blegal@phfa.org Jan 30 2020 03:27:25     Pennsylvania Housing Finance Agency,
                  Attn: Bankruptcy,   Po Box 8029,   Harrisburg, PA 17105
14446987        +E-mail/Text: blegal@phfa.org Jan 30 2020 03:27:25     Pennsylvania Housing Finance Agency,
                  211 North Front Street,   Harrisburg, PA 17101-1406
14431233        +E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:40     Water Revenue Bureau,
                  c/o City of Philadelphia Law Department,   Tax & Revenue Unit,   Bankruptcy Group, MSB,
                  1401 John F. Kennedy Blvd.,   5th Floor,   Philadelphia, PA 19102-1613
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,   PO Box 7999,
                  St Cloud, MN  56302-9617)
14392619*       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                 (address filed with court: Americredit Financial Services, Inc.,   Dba GM Financial,
                  P.O Box 183853,   Arlington, TX 76096)
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                  Signature:   /s/Joseph Speetjens

```
District/off: 0313-2           User: TashaD              Page 2 of 2             Date Rcvd: Jan 29, 2020
                               Form ID: pdf900           Total Noticed: 16
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Sherron  McAfee dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                : Chapter 13

SHERRON MCAFEE

          Debtor(s)            : Bky. No.  19-14886 -JKF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: January 29, 2020**

                                                    **JEAN K. FITZSIMON**
                                                    **U.S. BANKRUPTCY JUDGE**