IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:   Sherron McAfee              ) | Chapter 13 |
|             Debtor                         ) | |
|                                                   ) | No. 19-14886-JKF |
|                                                   ) | |
|                                                   ) | |

**CERTIFICATION OF NO RESPONSE**

I hereby certify that neither an objection to the compensation nor an application for administrative expenses has been filed and respectfully request that the order attached to the Application be approved.

                                                                    /s/David M. Offen
                                                                    David M. Offen
                                                                    Attorney for Debtor

Date: February 27, 2020